UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOTTA PERKINS-MARTIN | ) | CASE NO. 1:11-cv-2548 |
| | ) | |
| Plaintiff, | ) | JUDGE GAUGHAN |
| | ) | |
| vs. | ) | **DEFENDANTS' MOTION FOR** |
| | ) | **LEAVE TO FILE JOINT MOTION** |
| ALL FOR YOU JANITORIAL, INC., et al. | ) | **FOR APPROVAL AND** |
| | ) | **CONFIDENTIAL JOINT** |
| Defendants. | ) | **STIPULATION OF SETTLEMENT** |
| | ) | **UNDER SEAL** |

Granted. /s/ Patricia A. Gaughan 1/26/12

Now come Defendants, by and through counsel, and pursuant to Local Rule 5.2, respectfully move this Court for leave to allow the Parties to file their Joint Motion for Approval of Settlement, and Confidential Joint Stipulation of Settlement and Release, under seal with the Court. The grounds justifying the requested relief are set forth in the accompanying memorandum.

 /s/ Anthony J. Lazzaro  
Anthony J. Lazzaro (0077962)  
The Lazzaro Law Firm, LLC  
920 Rockefeller Building  
614 W. Superior Avenue  
Cleveland, Ohio 44113  
Phone: 216-696-5000  
Facsimile: 216-696-7005  
anthony@lazzarolawfirm.com  
Attorney for Defendants  

 /s/ Steven A. Sindell  
Steven A. Sindell (0002508)  
Rachel Sindell (0078463)  
Sindell and Sindell, LLP  
Chagrin Plaza West  
23611 Chagrin Blvd., Suite 227  
Cleveland, Ohio 44122  
Phone: 888-441-4322  
Facsimile: 216-292-3577  
steven@sindellattorneys.com  
rachel@sindellattorneys.com  
Attorneys for Defendants